AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Clarence Collins | ) | Case No: 3:97-cr-220(S2)-J-20C |
| | ) | USM No: 21441-018 |
| Date of Previous Judgment: May 6, 1998 | ) | James H. Burke, Jr., Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons    the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion.

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __189 months*__ months is reduced to __135 months or time served, whichever is greater*__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

x  The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

  Other (explain):

Continued on page 2.

Clarence Collins
Case No. 97-cr-220(S2)-J-20C                                                          Page 2 of 2

### III. ADDITIONAL COMMENTS

U.S.S.G. 1B1.10(b)(2)(C) states that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

The parties in this case have stipulated that the Defendant is eligible for a sentence reduction and that his sentenced be reduced by up to 54 months to a term of 135 months or time served, whichever is greater. See Doc. 309.

Pursuant to the request of the United States, the Court has delayed the effective date of this Order for ten (10) days to allow the Bureau of Prisons sufficient time to comply with various pre-release statutory requirements and to the extent possible, establish a release plan for the Defendant.

*The Defendant was sentenced to a term of imprisonment of 189 months on each of Counts One and Two of the Second Superseding Indictment to run concurrently. The reduction of sentence likewise applies to both counts to run concurrently.

Except as provided above, all provisions of the judgment dated  5/6/98  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:       May 7, 2008                         _Howell W. Melton_
                                                                    Judge's signature

Effective Date:   May 17, 2008                        Howell W. Melton, Senior U.S. District Judge
                  (if different from order date)                    Printed name and title

Copies to:
Defendant Clarence Collins, FCI Jesup
AUSA (Baker)
AFPD (Burke)
USPO (Dawson)
Bureau of Prisons (via e-Designate system and U.S. mail)